# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03141-PAB

DENISE M. ESCARENO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on April 28, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security is reversed and remanded.  It is further

**ORDERED** that judgment is hereby entered in favor of plaintiff DENISE M. ESCARENO and against defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security.  It is further

**ORDERED** that plaintiff DENISE M. ESCARENO  is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of April, 2014.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                      s/Kathy Preuitt-Parks

                      Kathy Preuitt-Parks
                      Deputy Clerk